PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois
### AMENDED Petition for Warrant or Summons for Person Under Supervision

Name of Person Under Supervision:  Bobby  Robinson          Docket No. 0754 3:23CR30080-001

Register Number: 07846-025

Name of Sentencing Judicial Officer:  Honorable Rodney W. Sippel, Chief U.S. District Judge,
Eastern District of Missouri

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  January 19, 2021

Original Offense:    Ct. 1s: Conspiracy to Knowingly and Intentionally Possess With Intent To Distribute,
5 Kilograms Or More Of Cocaine, A Schedule I Controlled Substance

Original Sentence:   Ct. 1s: Time Served, followed by 36 months' Supervised Release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  March 27, 2023

Custody Status:   Mr. Robinson remains in the community under supervision.

Assistant U.S. Attorney:  Sirena M. Wissler          Defense Attorney: Stephen C. Williams

---

## PETITIONING THE COURT

[X]    To file an **AMENDED PETITION**

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not commit another federal, state, or local crime. |

On or about April 8, 2024, Mr. Robinson committed the offense of Improper Lane Usage and Driving on Revoked Driver's License.

### AMENDED COUNT

**On or about June 29, 2025, Mr. Robinson committed the offenses of Unlawful Possession of a Machine Gun and Felon in Possession of a Firearm.**

**On or about July 25, 2025, Mr. Robinson committed the offenses of Aggravated Domestic Battery and Domestic Battery.**

**Person Under Supervision Name: Bobby  Robinson**
**Docket Number:  0754 3:23CR30080-001**

| | |
|---|---|
| Standard #5 | You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | On July 25, 2025, it was discovered that Mr. Robinson changed his residence without properly notifying his probation officer. |
| Standard #9 | If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours |
| | Mr. Robinson failed to notify his probation officer within 72-hours that he was cited by the Cahokia Heights, Illinois Police Department on or about April 8, 2024. |
| Standard #10 | You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

### AMENDED COUNT

**On or about June 29, 2025, Mr. Robinson knowingly possessed a firearm.**

## U.S. Probation Officer Recommendation:

The term of supervision should be:
☒ revoked
☐ extended for * years, for a total term of * years.
☐ The conditions of supervision should be modified as follows:
☐ Other

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Cole E. Hammel
U.S. Probation Officer

Date: August 12, 2025

**Person Under Supervision Name: Bobby Robinson**
**Docket Number: 0754 3:23CR30080-001**

This document has been reviewed and approved.

by  _____

Jacob J. Keane
Supervisory U.S. Probation Officer

Date:  August 12, 2025

THE COURT ORDERS:

☐   Submit a Request for Modifying the Condition or Term of Supervision
☐   The Issuance of a Warrant
☐   The Issuance of a Summons
☒   Other -**The Filing of the Amended Petition**

_____

Honorable Staci M. Yandle
U.S. District Judge

August 12, 2025
_____
Date